United States District Court
Southern District of Texas
**ENTERED**
October 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **TULE ENTERPRISES, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:22-CV-00057 |
| § | |
| **SCOTTSDALE INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 12) recommending that Defendant's Motion to Deny Plaintiff's Claim for Attorney's Fees (Dkt. 4) be granted. The parties have been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Defendant's Motion to Deny Plaintiff's Claim for Attorney's Fees (Dkt. 4) is GRANTED.

IT IS SO ORDERED.

SIGNED this October 3, 2022.

_____
Diana Saldaña
United States District Judge